# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

## _NORTHERN_ DISTRICT OF _NEW YORK_

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:04-CV-0621 (LEK/DRH)

DORLIAK DMIRTRI DIMRIEVITCH,

        **Plaintiff,**

  v.

LESLIE GERBER, individually and d/b/a
PARNASSUS RECORDS,

        **Defendant.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated July 6, 2005.

DATE:  July 6, 2005

                                                                _**LAWRENCE K. BAERMAN**_
                                                                 CLERK OF THE COURT

                                                                 Scott A. Snyder
                                                                 **Courtroom Deputy to the**
                                                                  **Honorable Lawrence E. Kahn**